

# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Timothy Semenoro**  
Admitted in New York, New Jersey

437 Madison Avenue  
New York, NY 10022  
Tel: 212-867-9500

Direct Dial:   212-551-7793  
Fax:          212-599-1759  
Email:        tsemenoro@mmwr.com

September 30, 2024

<u>*By ECF*</u>

Honorable Alvin K. Hellerstein  
United States District Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

*So ordered*  
*10/1/24*  
*[signature] Alvin K. Hellerstein*

Re:   *In re MAERSK EINDHOVEN Voyage 103N Shipper Cases*  
      Case No. 21 Civ. 8048 (AKH) (lead case)

Dear Judge Hellerstein,

    We represent defendant Maersk A/S in the above-captioned consolidated cases. On behalf of all the parties, we write to report on our efforts.

    The parties continue to work cooperatively on resolving the claims, and there are no open issues to be resolved by the Court at this time.

    Since our last update, we have made additional progress. For 22cv1368, the settlement agreement for the last schedule of claims was recently fully executed and is being held in escrow. We are just waiting on the transfer of settlement funds before the entire action can be voluntarily dismissed. For 23cv2168 (which was transferred from Judge Carter), documents were exchanged, questions were answered, and the parties continue to discuss the underlying claim. For 23cv9177, the parties have reached a settlement and executed the settlement agreement, which is being held in escrow. As soon as the respective settlement funds are transferred, we can dismiss the action.

    In short, we remain close to resolving the last of these actions, but more time is needed. If Your Honor is agreeable, we respectfully propose reporting on the status of the remaining actions on or before November 29, 2024.

Montgomery McCracken Walker & Rhoads LLP

September 30, 2024
Page 2

      We thank Your Honor in advance for your continued consideration and understanding. If there are any questions or concerns, please do not hesitate to contact the undersigned.

      Respectfully submitted,

**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**

*Attorneys for Defendant Maersk A/S*

*/s/ Timothy Semenoro*
Timothy Semenoro
Robert E. O'Connor

CC by ECF to all counsel of record